## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JACOBE SHANNON                                          CIVIL ACTION

VERSUS                                                  16-336-SDD-RLB

UNITED STATES OF AMERICA
AND DAISY ROBERTS

### RULING

This matter is before the Court on the *Motion to Dismiss Daisy Roberts*[1] filed by
Defendant, United States of America.  Although Plaintiff Jacobe Shannon ("Plaintiff") filed
an *Opposition*[2] out of an abundance of caution, Plaintiff has no opposition to dismissing
the individual Defendant Daisy Roberts only from this case as required by the law.[3]  The
Court finds that the Defendant's motion seeks to dismiss only Daisy Roberts from this
action, not the United States.

This case is brought under the Federal Tort Claims Act ("FTCA")[4] and arises out
of a vehicular accident between Plaintiff and Daisy Roberts, who was driving in the course
and scope of her employment with the United States Postal Service at the time of the
accident.  The FTCA clearly precludes actions against federal employees and makes

---

[1] Rec. Doc. No. 13.
[2] Rec. Doc. No. 15.
[3] *Id.* at p. 1.
[4] 28 U.S.C. § 1346(b)(1).
Document Number: 37125

clear that the United States is the only proper defendant in such actions.[5]

Accordingly, the United States' *Motion to Dismiss Daisy Roberts*[6] is GRANTED, and Defendant Daisy Roberts is dismissed from this action without prejudice.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this *19* day of January, 2017.

SHELLY D. DICK, DISTRICT JUDGE
**MIDDLE DISTRICT OF LOUISIANA**

---

[5] *Atorie Air v. FAA*, 942 F.2d 954, 957 (5th Cir. 1991); *Galvin v. O.S.H.A.*, 860 F.2d 181, 183 (5th Cir. 1988).
[6] Rec. Doc. No. 13.
Document Number: 37125